1036

No. 97–6807. TAYLOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6808. WESTBROOK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6809. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6812. ABDUL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6817. MORALES VARGAS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–605. BEN OEHRLEINS & SONS & DAUGHTER, INC., ET AL. v. HENNEPIN COUNTY. C. A. 8th Cir. Motions of BFI Waste Systems of North America, Inc., Mayors' Task Force Against Waste Flow, National Restaurant Association, and Americans for Tax Reform Foundation et al. for leave to file briefs as amici curiae granted. Certiorari denied.

No. 97–632. DADDARIO v. CAPE COD COMMISSION. Sup. Jud. Ct. Mass. Motions of Defenders of Property Rights and American Association for Small Property Ownership et al. for leave to file briefs as amici curiae granted. Certiorari denied.

No. 97–656. CENTRAL OFFICE TELEPHONE, INC. v. AMERICAN TELEPHONE & TELEGRAPH CO. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.